UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| NYDIA IVETTE DEPAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:25-cv-13286-SAL |

**<u>DEFENDANT EXPERIAN'S NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and with the express consent of all Defendants who have been served to date, hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

    1.    Experian, Equifax Information Services, LLC ("Equifax"), and Trans Union LLC ("Trans Union") (collectively, "Defendants") are named Defendants in Case No. 2025-CP-4006787, filed on or about October 1, 2025 by Plaintiff Nydia Ivette Depaz ("Plaintiff") in the Richland County Court of Common Pleas, Fifth Judicial Circuit, State of South Carolina (the "State Court Action").

    2.    Experian was served with Plaintiff's Complaint on October 6, 2025. Upon information and belief, Defendant Equifax was served on or about October 10, 2025 and Defendant Trans Union was also served on or about October 13, 2025.

3. This Notice is filed with this Court within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

4. This Court is the proper district court for removal because the State Court Action is pending within this district, and Plaintiff's Complaint alleges that Plaintiff resides within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purposes of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore Experian is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f). Upon information and belief, Equifax and Tran Union are also "consumer reporting agencies" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"). Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1681p, and 15 U.S.C. § 1640(e). The above-captioned action may properly be removed to the United States District Court pursuant to 28 U.S.C. § 1441(a).

8. All Defendants that have been served to date have expressly represented to counsel for Experian that they consent to removal of the above-captioned action to this Court and

have given Experian express permission to represent that they consent to removal. *See Mayo v. Bd of Educ.,* 713 F.3d 735 (4th Cir. 2013).

9. Promptly after the filing of this Notice of Removal, Experian shall give written notice of the removal to Plaintiff through her attorney(s) of record in the State Court Action and shall file a copy of this Notice with the Clerk of the Horry County Court of Common Pleas, Fifteenth Judicial Circuit, South Carolina, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Experian requests that the above-described action be removed to this Court.

Dated: November 5, 2025                    Respectfully submitted,

/s/ Lyndey R. Z. Bryant
Lyndey R.Z. Bryant (Fed ID No. 11506)
ADAMS AND REESE LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
Telephone:  803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant
Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of November, 2025, I caused the foregoing to be served to the following counsel of record:

Dave A. Maxfield
Dave Maxfield, Attorney, LLC
SOCO 80808 Building
808 D Lady Street
P.O Box 11865 (29211)
Columbia, SC 29201
Email: dave@consumerlawsc.com
***Counsel for Plaintiff***

/s/ Lyndey R. Z. Bryant
Lyndey R. Z. Bryant (Fed ID No. 11506)
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
Telephone: 803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*